# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 07-2052

In re: Patterson Companies, Inc. Securities, Derivative & ERISA Litigation,

------------------------------

Vance Cadd, derivatively on behalf of Patterson Companies, Inc.,

Appellant

v.

James W. Wiltz, et al.,

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:05-cv-02155-DSD)
_____

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

July 13, 2007

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　 /s/ Michael E. Gans